SYLVIA KORNGOLD, Respondent, v. KAYSON'S ASSOCIATES, INC., et al., Appellants, et al., Defendants.— In an action to foreclose a mortgage on real property, the appeal is from an order granting plaintiff's motion for summary judgment. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ., concur.

MOLLIE KUHN et al., Respondents, v. CITY OF NEW YORK, Appellant. MICHAEL RAGO et al., Respondents, v. CITY OF NEW YORK, Appellant, et al., Defendants.— Order consolidating two negligence actions arising out of the same collision affirmed, with $10 costs and disbursements to respondents Kuhn. No opinion. Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ., concur.

LOUIS LEVINE, Respondent, v. NATIONAL TRANSPORTATION CO., INC., Appellant.— Appeal by defendant from an order which denied a motion to dismiss the complaint on the ground that the contract sued upon was not enforcible by reason of the provisions of section 85 of the Personal Property Law. Order affirmed, with $10 costs and disbursements, with leave to the appellant to answer within ten days from the entry of the order hereon. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT IANNICIELLO, Appellant.— Judgment of the County Court, Kings County, convicting defendant of the crime of attempted burglary in the third degree, unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, Wenzel, Schmidt and Beldock, JJ.

FRED REINMAN, Respondent, v. ISIDORE JAFFE, as Treasurer of the Provision Salesmen & Distributors Union, Local 627, A. F. of L., et al., Appellants, et al., Defendants.— In an action for an injunction, order directing attorneys for the appealing defendants to accept service of an amended complaint affirmed, without costs. No opinion. Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ., concur.

LOUIS RIFKIN, Appellant, v. JEROME RIFKIN et al., as Executors of JULIUS RIFKIN, Deceased, et al., Respondents.— In an action for judgment declaring the meaning of the term "book value" where the plaintiff was bound by a contract to submit any dispute to arbitration, order dismissing complaint for insufficiency unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.

EDITH S. SULLIVAN, Appellant, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— In an action by a beneficiary of a life insurance policy to recover its face amount, judgment dismissing complaint in accordance with the granting of a motion at the close of the entire case unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.